Dismissed and Opinion filed March 20, 2003









 

Dismissed and Opinion filed March 20, 2003.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-02-01180-CR

____________

 

CHIQUANDRA NICOLE BROWN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On
Appeal from the 176th District Court

Harris County, Texas

Trial
Court Cause No. 896,465

 



 

M
E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 

Judgment rendered
and Opinion filed March 20, 2003.

Panel consists of
Chief Justice Brister and Justices Fowler and Edelman.

Do not publish ‑
Tex. R. App. P. 47.2(b).